UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

|  |  |  |
|---|---|---|
| **Engineered Well Service International, LLC.,** | ) ) ) ) |  |
| Debtor-Appellant, | ) ) | Civil Case No. 16-cv-1072-RCL |
| v. | ) ) |  |
| **Sturgeon Services International, Inc., et al.,** | ) ) ) |  |
| Appellees. | ) ) |  |

## ORDER

Debtor Engineered Well Service International, LLC, filed for Chapter 11 bankruptcy on June 23, 2016. The case was before Bankruptcy Judge Craig A Gargotta. During the proceedings at bankruptcy, Judge Gargotta issued an order granting creditors' motion for relief from an automatic stay. On October 4, 2016, debtor filed a notice of appeal, which was initially assigned to Chief Judge Orlando Garcia. The appeal was docketed on November 1, 2016. ECF No. 2. In accordance with Rule 8019 of the Federal Rules of Bankruptcy Procedure, the appellant must serve and file a brief within 30 days after the docketing of a notice of appeal. Accordingly, the appellant's brief was due December 1, 2016.

On January 9, 2017, Judge Garcia ordered this case re-assigned to Judge Royce C. Lamberth. As of today, no appellate briefs have been filed to the Court. Further, based on the representations of appellant's attorney, the underlying bankruptcy case was previously dismissed on November 17, 2016. It therefore appears that this appeal is moot.

1

In light of the dismissal below and the lack of any briefing before this Court, it is hereby ORDERED that this appeal is **DISMISSED**.

**It is so ORDERED.**

DATE: 8/1/17

Royce C. Lamberth
United States District Judge